UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DONALD THOMAS HADEED,**

    **Plaintiff,**

**v.**                                         **Case No: 6:15-cv-392-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Counsel's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 24). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 28), in which he recommends denying the motion as premature.

After an independent *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Counsel's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 24) is **DENIED without prejudice**.

3. Any future motion for authorization to charge a reasonable attorney's fee under § 406(b) shall be deemed timely filed if it is filed within thirty days from the date of the Administration's determination of the request for § 406(a) fees.

**DONE** and **ORDERED** in Orlando, Florida on October 9, 2018.



Copies furnished to:

Counsel of Record