UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DONALD THOMAS HADEED,**

    **Plaintiff,**

**v.**                                               **Case No: 6:15-cv-392-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                         **ORDER**

THIS CAUSE is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 30). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 31), recommending that the motion be granted. After a *de novo* review, and noting that the parties filed a Joint Notice (Doc. 32) that they have no objection to the Report and Recommendation, the Court agrees with the analysis therein. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 30) is **GRANTED**.

    **DONE** and **ORDERED** in Orlando, Florida on April 9, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record